### 14449.   COLLINS *v.* MYERS.

BLOODWORTH, J. The court did not err in sustaining the plea of res adjudicata and dismissing the case.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED OCTOBER 3, 1923.

Complaint; from Chatham superior court— Judge Meldrim. January 3, 1923. See 28 *Ga. App.* 457 (former adjudication).

*Lawrence & Abrahams, George H. Richter,* for plaintiff.
*Jacob Gazan,* for defendant.